UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

REBECCA A. SOLARZ, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
rsolarz@kmllawgroup.com
Attorneys for Secured Creditor
Lakeview Loan Servicing LLC

In Re:
    James Brow
    Raquel Brown
Debtors

Case No.: 15-28511 CMG
Chapter: 13
Hearing Date: N/A
Judge: Gravelle

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

    Settled          ☒ Withdrawn

Matter:

Response to Notice of Final Cure Payment filed on 12/04/2020, Claim No. 3

Date: 12/04/2020

/s/ Rebecca A. Solarz, Esquire
Signature

rev.8/1/15