| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | James Brown<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3874<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Racquel Brown<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4957<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–28511–CMG | |

# Order of Discharge                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James Brown                                             Racquel Brown

1/27/21                                                 **By the court:** <u>Christine M. Gravelle</u>
                                                                          United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 15-28511-CMG |
| James Brown | Chapter 13 |
| Racquel Brown | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 27, 2021 | Form ID: 3180W | Total Noticed: 52 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Brown, Racquel Brown, 350 Glendale Rd., North Plainfield, NJ 07063-1721 |
| cr | + | CENLAR FSB SERVICER FOR PROSPECT MORTGAGE LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | M&T BANK, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | M&T BANK AS SERVICER FOR LAKEVIEW LOAN SERVICING L, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | Prospect Mortgage LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 515769678 | + | Accelerated Healing Center, 50 Green Brook Rd., North Plainfield New Jersey 07060-4560 |
| 515769670 | + | American Education Services, Harrisburg, Pa. 17130-0001 |
| 515769687 | + | Anesthesia Consultants on NJ, PO Box 416441, Boston, Ma. 02241-6441 |
| 515769672 | + | Capital One, Kohl's Department stores, P.O. Box 3084, Milwaukee, WI 53201-3084 |
| 515769658 | + | Ceblar, PO Box 77404, Ewing, NJ. 08628-6404 |
| 515769676 | + | Chase auto finance, P.O. Box 78070, Phoenix, AZ 85062-8070 |
| 515769677 | | Cresco Capital, 222 S. Fifteenth Street, Suite 1302S, Omaha, ND. 08105 |
| 515769668 | + | Emer Phy Assoc North Jersey PC, 3585 Ridge Park Dr., Akron, Oh. 44333-8203 |
| 515769679 | + | Emergency Physicians Associate North Jersey, P.O. Box 740021, Cincinnati, OH 45274-0021 |
| 515769673 | + | First National credit card, P.O. Box 2496, Omaha, NE 68103-2496 |
| 515769665 | #+ | Genpsych, 981 US Highway 22, Bridgewater, NJ. 08807-2946 |
| 515769661 | + | IRS, PO Box 804525, Cincinatti, Oh. 45280-4525 |
| 518892042 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518892043 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798 FRANKFORT KY 40602-0798 |
| 515976566 | + | Margaret Andrin, MD FACOG LLC, Your Collection Solution, LLC, PO Box 25201, Rochester, NY 14625-0201 |
| 515769681 | + | Margaret Andrrin MD, 3322 Rt, 22 W, Branchburg, NJ. 08876-3476 |
| 515800350 | + | NEW JERSEY HGHR EDUC STDNT ASSTNCE AUTH, PO BOX 548, TRENTON, NJ 08625-0548 |
| 515769682 | + | Overlook Medical center, P.O. Box 35611, Newark, NJ 07193-5611 |
| 515769667 | + | Overlooked Medical Center, P.O. Box 35611, Newark, New Jersey 07193-5611 |
| 515811052 | + | PROSPECT MORTGAGE LLC, CENLAR FSB, 425 PHILLIPS BOULEVARD, EWING, NJ 08618-1430 |
| 515769657 | + | Phelan Hallinan & Diamond, PC, 400 Fellowship Rd., Suite 100, Mount Laurel, NJ. 08054-3437 |
| 515769656 | + | Prospect Mortgage, LLC, 812 N. Wood Avenue, Linden, NJ. 07036-4058 |
| 515769660 | + | State of New Jersey, Department of Labor, PO Box 951, Trenton, NJ. 08625-0951 |
| 515769666 | + | UMDNJ University Hospital, 150 Bergen St., Newark, NJ. 07103-2406 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 27 2021 22:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 27 2021 22:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 15-28511-CMG    Doc 106    Filed 01/29/21    Entered 01/30/21 00:19:03    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2021 | Form ID: 3180W | Total Noticed: 52 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 515774972 | | Email/Text: ebnnotifications@creditacceptance.com | Jan 27 2021 22:16:00 | Credit Acceptance, 25505 West 12 mile road, Southfield , MI 48034 |
| 515769662 | + | EDI: CAPITALONE.COM | Jan 28 2021 02:08:00 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 515769671 | + | EDI: CAPITALONE.COM | Jan 28 2021 02:08:00 | Capital One Bank, PO Box 71083, Charolette, NC. 28272-1083 |
| 515811145 | | EDI: CAPITALONE.COM | Jan 28 2021 02:08:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 515962150 | | EDI: BL-BECKET.COM | Jan 28 2021 02:08:00 | Capital One, N.A., c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515769684 | + | Email/Text: bankruptcy@certifiedcollection.com | Jan 27 2021 22:17:00 | Certified Credit Collection Bureau, PO Box 336, Raritan, NJ. 08869-0336 |
| 515769659 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 27 2021 22:16:00 | Credit Acceptance, PO Box 551888, Detroit, Mi. 48255-1888 |
| 515769675 | + | EDI: WFNNB.COM | Jan 28 2021 02:08:00 | DressBarn, P.O. Box 182125, Columbus, OH 43218-2125 |
| 515769664 | + | EDI: AMINFOFP.COM | Jan 28 2021 02:08:00 | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 515769669 | + | EDI: WFFC.COM | Jan 28 2021 02:08:00 | Home Projects Visa, 800 Walnut Street, Des Moines, Ia. 50309-3605 |
| 515816041 | | EDI: IRS.COM | Jan 28 2021 02:08:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 515769683 | + | Email/Text: abachman@rmbcollect.com | Jan 27 2021 22:18:00 | JFK Medical Center, 80 James St., Edison, NJ 08820-3938 |
| 517081877 | | Email/Text: camanagement@mtb.com | Jan 27 2021 22:17:00 | M&T BANK, M&T BANK, PO BOX 840, BUFFALO, NY 14240 |
| 517081878 | | Email/Text: camanagement@mtb.com | Jan 27 2021 22:17:00 | M&T BANK, M&T BANK, PO BOX 840, BUFFALO, NY 14240, M&T BANK, M&T BANK |
| 515938148 | | EDI: PRA.COM | Jan 28 2021 02:08:00 | Portfolio Recovery Associates, LLC, c/o Dress Barn, POB 41067, Norfolk VA 23541 |
| 515941079 | + | EDI: JEFFERSONCAP.COM | Jan 28 2021 02:08:00 | Premier Bankcard, LLC, c/ o Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud MN 56302-7999 |
| 515896974 | | EDI: Q3G.COM | Jan 28 2021 02:08:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 515769674 | + | EDI: RMSC.COM | Jan 28 2021 02:08:00 | Sleepys, GE capital Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 515769663 | + | EDI: NEXTEL.COM | Jan 28 2021 02:08:00 | Sprint, P.O. Box 8077, Lundon, Ky. 40742-8077 |
| 515772266 | | EDI: RMSC.COM | Jan 28 2021 02:08:00 | Synchrony Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 515955565 | | EDI: WFFC.COM | Jan 28 2021 02:08:00 | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason    Name and Address**

| | | |
|---|---|---|
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 515769680 | *+ | Emergency Physicians Associate North Jersey, P.O. Box 740021, Cincinnati, OH 45274-0021 |
| 515769685 | *+ | Overlook Medical center, P.O. Box 35611, Newark, NJ 07193-5611 |
| 515769686 | *+ | Overlook Medical center, P.O. Box 35611, Newark, NJ 07193-5611 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK AS SERVICER FOR LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Ira S. Kornstein | on behalf of Debtor James Brown iskesq@aol.com |
| Ira S. Kornstein | on behalf of Joint Debtor Racquel Brown iskesq@aol.com |
| James Patrick Shay | on behalf of Creditor M&T BANK AS SERVICER FOR LAKEVIEW LOAN SERVICING LLC shay@bbs-law.com  jpshay@gmail.com |
| Jennifer R. Gorchow | on behalf of Creditor CENLAR FSB SERVICER FOR PROSPECT MORTGAGE LLC nj.bkecf@fedphe.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Nicholas V. Rogers | on behalf of Creditor M&T BANK nj.bkecf@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK AS SERVICER FOR LAKEVIEW LOAN SERVICING LLC rsolarz@kmllawgroup.com |

TOTAL: 11